**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2221**

———————————

ELLEN PAULETTE M. FIELDS,

Plaintiff - Appellant,

versus

DALKON SHIELD CLAIMANTS TRUST; A. H. ROBINS
COMPANY, INCORPORATED; AMERICAN HOME PRODUCTS
CORPORATION;   GULF   UNDERWRITERS   INSURANCE
COMPANY; ORRAN LEE BROWN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, District
Judge.  (CA-89-1307-R, BK-01-1001-R)

———————————

Submitted:  June 27, 2002          Decided:  July 10, 2002

———————————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

———————————

Ellen Paulette M. Fields, Appellant Pro Se.  Orran Lee Brown, Sr.,
Lynn Crowder Greer, BOWMAN & BROOKE, L.L.P., Richmond, Virginia,
for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellen Paulette Mitchell Fields appeals the district court's orders (1) continuing an earlier order that she show cause why she should not be found in contempt of court; and (2) denying her motion to stay and to vacate. To the extent that Fields seeks to appeal the order continuing the show cause order, we dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We affirm the district court's order denying as moot Fields' motion to stay or to vacate.

We accordingly affirm in part and dismiss in part. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART AND

DISMISSED IN PART

2